UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-14008-TP-GRAHAM/MAYNARD
CASE NO. 10-14011-CR-GRAHAM/MAYNARD

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**CHRISTOPHER WESLEY NOURSE,**

    Defendant.
_____/

REPORT AND RECOMMENDATION ON
DEFENDANT'S ADMISSIONS TO VIOLATION NUMBERS 6, 7, 8, 9, AND 10

**THIS CAUSE** came before me on April 6, 2022. Having conducted a hearing, I recommend as follows:

    1.    A Petition for Warrant for Offender Under Supervision (the "Petition") was filed in both of the above cases on July 9, 2019. Case No. 08-14008 at DE 26; Case No. 10-14011 at DE 82. Defendant appeared before me for a hearing on April 6, 2022. At the hearing, the Defendant admitted Violation Numbers 6, 7, 8, 9, and 10.

    2.    The Government agreed to move for the dismissal of Violation Numbers 1, 2, 3, 4, and 5 after sentencing.

    3.    Violation Numbers 6, 7, 8, 9, and 10 allege:

| | |
|---|---|
| **Violation Number 6** | **Violation of Standard Condition**, by failing to submit a truthful and complete written monthly report within the first five days of each month. The defendant has failed to submit a written monthly report for the months of February, March, and April 2019. |

**Violation Number 7**      **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about May 10, 2019, in Okeechobee County, Florida, the defendant committed the offense of Trafficking in Methamphetamine, 14 Grams or More but less than 28 Grams, contrary to Florida Statute 893.135(1)(f)(1).

**Violation Number 8**      **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about May 10, 2019, in Okeechobee County, Florida, the defendant committed the offense of Possession of Alprazolam, contrary to Florida Statute 893.13(6)(a).

**Violation Number 9**      **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about May 10, 2019, in Okeechobee County, Florida, the defendant committed the offense of Use or Possession of Drug Paraphernalia, contrary to Florida Statute 893.147(1).

**Violation Number 10**      **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about May 10, 2019, in Okeechobee County, Florida, the defendant committed the offense of Driving with License Suspended, contrary to Florida Statute 322.34(2) and 322.34(10)(b)(1).

4. The possible maximum penalties faced by the Defendant were read into the record by the Government. The Defendant stated that he understood those penalties.

5. I questioned the Defendant on the record and made certain that he understood his right to an evidentiary hearing. The Defendant acknowledged that he understood his rights in that regard and further understood that if his admissions to Violation Numbers 6, 7, 8, 9, and 10 are accepted, all that will remain regarding those violations will be for the District Court to conduct a sentencing hearing for final disposition of this matter.

6. The Government proffered a factual basis for Defendant's admissions to Violation Numbers 6, 7, 8, 9, and 10. Without objection from defense, the Government introduced Exhibit Numbers 1 and 2 which are the Judgment and Information in *State v. Christopher Wesley Nourse*, Case No. 472019CF000305A, in the Circuit Court for the Nineteenth Judicial Circuit of the State

of Florida, for Okeechobee County. Exhibit Numbers 1 and 2 show Defendant was charged with the offenses alleged in Violation Numbers 7, 8, 9, and 10 on or about June 4, 2019 (Ex. 2) and convicted of those offenses on or about January 24, 2020 (Ex. 1). Defendant agreed that the facts proffered by the Government are true and the Government could prove those facts if a hearing were held in this matter. Having heard the factual proffer, I find that the proffered facts establish a sufficient factual basis to support Defendant's admissions to Violation Numbers 6, 7, 8, 9, and 10.

**ACCORDINGLY**, based upon the Defendant's admissions under oath, I recommend to the District Court that the Defendant be found to have violated the terms and conditions of his supervised release as set forth in Violation Numbers 6, 7, 8, 9, and 10, and that a sentencing hearing be set for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Donald L. Graham, the United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this 15th day of April, 2022.

SHANIEK MILLS MAYNARD
UNITED STATES MAGISTRATE JUDGE